IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIA MONTEGA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:04-0227 |
| | ) JUDGE HAYNES |
| SMYRNA POLICE DEPARTMENT, et al., | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motions for summary judgment (Docket Entry Nos. 14 and 23) are **GRANTED**. This action is hereby **DISMISSED** with prejudice.

This is the Final Order of this Action.

It is so **ORDERED.**

**ENTERED** this the ___ day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge